146 So. 922

**B. M. McELROY v. Luke W. JONES, Adm'r.**

6 Div. 446.

Court of Appeals of Alabama.

Feb. 21, 1933.

PER CURIAM.

Appeal dismissed by agreement.

141 So. 923

**Charlie McGEHEE v. STATE.**

6 Div. 241.

Court of Appeals of Alabama.

May 10, 1932.

RICE, J.

Affirmed.

148 So. 922

**George McGOUGH v. CITY OF CARBON HILL.**

6 Div. 428.

Court of Appeals of Alabama.

April 20, 1933.

PER CURIAM.

Appeal dismissed for want of prosecution.

142 So. 923

**Enoch, McHANEY v. STATE.**

6 Div. 341.

Court of Appeals of Alabama.

May 28, 1932.

PER CURIAM.

Appeal dismissed.

147 So. 925

**Norman McINTOSH v. STATE.**

4 Div. 960.

Court of Appeals of Alabama.

April 11, 1933.

RICE, Judge.

Appeal dismissed.

141 So. 923

**Roy McKENZIE v. STATE.**

4 Div. 896.

Court of Appeals of Alabama.

April 19, 1932.

Guy W. Winn, of Clayton, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

SAMFORD, J.

Affirmed.

145 So. 921

**Monroe McLAIN v. STATE.**

6 Div. 425.

Court of Appeals of Alabama.

Jan. 10, 1933.

BRICKEN, P. J.

Appeal dismissed.

150 So. 925

**Ed McLENDON v. STATE.**

4 Div. 30.

Court of Appeals of Alabama.

Nov. 14, 1933.

SAMFORD, Judge.

Affirmed.